USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM MARTIN,

                Petitioner,

-against-

UNITED STATES OF AMERICA,

                Respondent.

19-CV-2706 (VEC)

14-CR-0546-02 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 25, 2019, Petitioner filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255, *see* 19-CV-2706 Dkt. 1;

    WHEREAS on April 3, 2019, the Court directed the U.S. Attorney's Office to answer the motion no later than June 3, 2019, and gave Petitioner "thirty days from the date on which [he] is served with Respondent's answer to file a response" to the U.S. Attorney's Office's answer, *see* 19-CV-2706 Dkt. 3;

    WHEREAS on June 3, 2019, the U.S. Attorney's Office filed a memorandum in opposition to Petitioner's motion, *see* 14-CR-0546 Dkt. 626, meaning that Petitioner's response was due no later than July 8, 2019; and

    WHEREAS on July 12, 2019, the Court extended Petitioner's deadline to respond to August 23, 2019, *see* 19-CV-2706 Dkt. 6;

    WHEREAS on August 26, 2019, the Court granted Petitioner's request for additional time to respond by endorsed letter to September 27, 2019, *see* 19-CV-2706 Dkt. 9;

    WHEREAS the Clerk of Court mailed the endorsed letter, 19-CV-2706 Dkt. 9, to Petitioner's listed address at the Metropolitan Detention Center, but Petitioner had, by that time, been moved to the Metropolitan Correction Center;

IT IS HEREBY ORDERED that, because he is proceeding pro se, Petitioner's deadline to respond to the U.S. Attorney's Office's memorandum in opposition is extended to **January 15, 2020**. Petitioner's motion will be considered fully submitted and ready for decision as of that date. No further extensions will be granted.

The Clerk of Court is respectfully directed to (a) mail a copy of this order to Petitioner Martin, with a copy of Respondent's June 3, 2019 memorandum [14-CR-0546 Dkt. 626] attached; and (b) note such mailing on the docket.

SO ORDERED.

Dated: December 2, 2019
       New York, New York

                                        VALERIE CAPRONI
                                    United States District Judge