USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/09/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
KAREEM MARTIN,

                Petitioner,

    -against-

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------------------------ X

19-CV-2706 (VEC)
S2 14-CR-546 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on May 8, 2023, the Court entered an order with respect to a separate habeas petition, *see* Order, *Martin v. Unite States*, 22-CV-305 (VEC), at Dkt. 14 (S.D.N.Y. May 8, 2023)); and

      WHEREAS the Court's order was docketed in this case in error, *see* Order, Dkt. 30;

      IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to strike the Order at Dkt. 30.

      The Clerk of Court is further directed to mail a copy of this Order to Mr. Martin.

**SO ORDERED.**

**Date:  May 9, 2023**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**